1  MICHAEL G. BAILEY
   United States Attorney
2  District of Arizona
   JESSICA J. COTTON
3  Special Assistant United States Attorney
   ATTN: ATZS-JAE (CPT Jessica J. Cotton)
4  Fort Huachuca, AZ 85613-7025
   Email: jessica.j.cotton.mil@mail.mil
5  Phone: (520) 533-0580
   Attorneys for Plaintiff
6

FILED ✓   LODGED
RECEIVED   COPY

MAY - 5 2021

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY                    DEPUTY

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE DISTRICT OF ARIZONA   21-M-8489, DTF

9                                          )   INFORMATION
                                           )   (Class B Misdemeanors)
10                                         )
                                           )   A.R.S. § 28-1381.A.1. Impaired to the
11  United States of America,              )   Slightest Degree (Class B)
                                           )
12              Plaintiff,                 )   A.R.S. § 28-1381.A.2. DUI 0.08 or More
                                           )   (Class B)
13  vs.                                    )
                                           )   A.R.S. § 28-1382.A.1. DUI BAC 0.15 to
14  Kennedy R. Agarano,                    )   0.19 (Class B)
                                           )
15              Defendant.                 )   A.R.S § 28-693, 18 U.S.C. §§ 13 and 7
                                           )   Reckless Driving
16  _____  )

17                        COUNT I

18      **A.R.S. § 28-1381.A.1. Impaired to the Slightest Degree**

19      On or about December 29, 2020, on Fort Huachuca, a federal military reservation

20  within the District of Arizona, a place within the special maritime and territorial

21  jurisdiction of the United States and on land acquired for the use of the United States and

22  under its exclusive jurisdiction, the defendant did drive or was in physical control of a

23  vehicle while under the influence of intoxicating liquor at the time of driving or being in

24  actual physical control of a vehicle, in violation of A.R.S. § 28-1381.A.1, an Arizona Class

25  One Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7

26  and 13, a Federal Class B Misdemeanor.

27

28

1

COUNT II

2  **A.R.S. § 28-1381.A.2. Driving or Actual Physical Control With an Alcohol**
3  **Concentration of 0.08 or More Within Two Hours of Driving**

4           On or about December 29, 2020, on Fort Huachuca, a federal military reservation
5  within the District of Arizona, a place within the special maritime and territorial
6  jurisdiction of the United States and on land acquired for the use of the United States and
7  under its exclusive jurisdiction, the defendant did drive or was in actual physical control of
8  a vehicle while having an alcohol concentration of 0.08 or more within two hours of driving
9  or being in actual physical control of the vehicle, and the alcohol concentration resulted
10  from alcohol consumed either before or while driving or being in actual physical control
11  of the vehicle, in violation of A.R.S. § 28-1381.A.2, an Arizona Class One Misdemeanor,
12  as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and 13, a Federal
13  Class B Misdemeanor.

14

COUNT III

15

**A.R.S. § 28-1382.A.1. BAC of 0.15 to 0.19**

16           On or about December 29, 2020, on Fort Huachuca, a federal military reservation
17  within the District of Arizona, a place within the special maritime and territorial
18  jurisdiction of the United States and on land acquired for the use of the United States and
19  under its exclusive jurisdiction, the defendant did drive or was in actual physical control of
20  a vehicle while having an alcohol concentration of 0.15 but less than 0.20 within two hours
21  of driving or being in actual physical control of the vehicle, and the alcohol concentration
22  resulted from alcohol consumed either before or while driving or being in actual physical
23  control of the vehicle, in violation of A.R.S. § 28-1382.A.1, an Arizona Class One
24  Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and
25  13, a Federal Class B Misdemeanor.

26

27

28

- 2 -

1

<u>COUNT IV</u>

2

**A.R.S § 28-693, 18 U.S.C. §§ 13 and 7**

3    On or about December 29, 2020, on Fort Huachuca, a military reservation in the

4    District of Arizona, the defendant did operate a motor vehicle in reckless disregard for the

5    safety of persons or property, in violation of A.R.S § 28-693, an Arizona Class Two

6    Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 13 and

7    7, a Federal Class B Misdemeanor.

8

9

10   Respectfully submitted this 24th day of March, 2021.

11

12                                         MICHAEL G. BAILEY
                                           U.S. Attorney
13                                         District of Arizona

14

15                                         COTTON.JESSICA.J  Digitally signed by
                                           OYCANN.1298171    COTTON.JESSICA.JOYCANN.12
                                                             98171976
16                                         976               Date: 2021.03.24 11:31:48
                                                             -07'00'
                                           JESSICA J. COTTON
17                                         Special Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28

- 3 -